1  FRANK E. MAYO (BAR NO 42972)
   LAW OFFICE OF FRANK E. MAYO
2  5050 El Camino Real, Ste. 228
3  Los Altos, CA 94022
   Telephone (650) 964-8901
4  Facsimile: (650) 964-7293

5  Attorney for Plaintiff Kim LaBarber Smith

6
7  TYLER M. PAETKAU (SBN 146305)
   HARTNETT, SMITH & PAETKAU
8  777 Marshall Street
   Redwood City, California 94063
9  Telephone: (650) 568-2820
   Facsimile: (650) 568-2823
10
11 Attorneys for Defendant VMware, INC

 

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM LA BARBER SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>VMWARE, a Delaware Corporation,<br><br>    Defendant. | Case No. CV11-02787-PSG<br><br>**ORDER RE-SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

The Parties' Stipulation to Continue this Court's setting of Initial Case Management Conference pursuant to Federal Civil Local Rule 7-11 and 16-2(d), is hereby GRANTED, good cause appearing.

1. The August 30, 2011 Initial Case Management Conference is hereby VACATED.

2. The revised CASE SCHEDULE-ADR MULTI-OPTION PROGRAM shall be set as follows:

| Date: | Event | Governing Rule |
|---|---|---|
| 6/8/2011 | Complaint filed. | FRCivP 26(f) & ADR L.R. 3-5 |
| 9/13/2011 | Last day to: | |
| | • Meet and Confer Re: Initial Disclosures, Early settlement, ADR process selection And discovery plan | |
| | • File ADR Certification signed by Parties and counsel (form available at http://www.candd.uscourts.gov) | Civil L.R. 16-8(b) & ADR L.R. 3-5(b) |
| | • File either Stipulation to ADR or Need for ADR Phone Conference (form available at http:www.cand.uscourts.gov) | Civil L.R. 16-8(c) and ADR L.R. 3-5(b) & (c) |
| 9/27/2011 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a)(1) and Civ L.R. 16-9 |
| 10/4/2011 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 5, 4th Floor SJ at 2:00 P.M. | Civil L.R. 16-10 |

IT IS SO ORDERED.

DATED: August 24, 2011

*Paul S. Grewal*
PAUL S. GREWAL, JUDGE OF
THE UNITED STATES DISTRICT COURT